NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLYGROUP LIMITED MCO,**
*Appellant*

**v.**

**WILLIS ELECTRIC COMPANY, LTD,**
*Appellee*

---

2018-1745, 2018-1746, 2018-1747

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00800, IPR2016-00801, IPR2016-01609, IPR2016-01610, IPR2016-01611, IPR2016-01612, IPR2016-01613.

---

**ON PETITION FOR PANEL REHEARING**

---

Before DYK, REYNA, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Appellant Polygroup Limited MCO filed a petition for panel rehearing. A response to the petition was invited by the court and filed by Appellee Willis Electric Company, Ltd.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Polygroup Limited MCO's petition for panel rehearing is granted.

(2) The previous nonprecedential opinion and judgment in this appeal, issued January 28, 2019, are withdrawn and replaced with the modified nonprecedential opinion and judgment accompanying this order.

FOR THE COURT

March 28, 2019                    /s/ Peter R. Marksteiner
     Date                         Peter R. Marksteiner
                                  Clerk of Court